**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § | |
| § | |
| Plaintiff, § | Case No: 0:19-cv-61896-KMM |
| § | |
| vs. § | PATENT CASE |
| § | |
| INMUSIC, LLC § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |
| § | |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DISPLAY TECHNOLOGIES LLC, a private non-governmental property, certifies that there are no corporate parents, affiliates and/or subsidiaries owning more than ten percent (10%) of Plaintiff.

Dated: July 29, 2019               Sand, Sebolt & Wernow Co., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow B.C.S.
(Trial Counsel)
Florida Bar No.: 107560
Sand, Sebolt & Wernow Co., LPA
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

Attorney for Plaintiff