## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § |
| Plaintiff, | §  Case No: 0:19-cv-61896-KMM |
| vs. | §  PATENT CASE |
| INMUSIC, LLC | §  JURY TRIAL DEMANDED |
| Defendant. | § |

## CERTIFICATE OF INTERESTED PARTIES

The Plaintiff, DISPLAY TECHNOLOGIES, LLC, a Florida corporation, by and through the undersigned counsel, hereby submit its Certificate of Interested Parties. The Corporate Disclosure Statement was filed herein on July 29, 2019 (D.E. #6).

### I. INTERESTED PERSONS

The persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

   a. Kizzia Johnson PLLC

   b. Patent Asset Management, LLC

   c. Sand, Sebolt & Wernow Co., LPA

Dated: August 16, 2019               Respectfully submitted,

>*/s/ Howard L. Wernow*
>Howard L. Wernow B.C.S.
>(Trial Counsel)
>Florida Bar No.:  107560
>Sand, Sebolt & Wernow Co., LPA
>4940 Munson Street NW
>Aegis Tower - Suite 1100
>Canton, OH 44718
>330-244-1174
>Fax: 330-244-1173
>Email: howard.wernow@sswip.com
>
>*Board Certified in Intellectual Property Law*
>*By the Florida Bar Association*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

>/s/ *Howard L. Wernow*
>Howard L. Wernow B.C.S.