**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No: 0:19-cv-61896-KMM |
| | § | |
| vs. | § | PATENT CASE |
| | § | |
| INMUSIC, LLC | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| _____ | § | |

## UNOPPOSED MOTION TO DISMISS

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiff Display Technologies LLC hereby moves the Court to dismiss all of Plaintiff's claims against InMusic, LLC WITH PREJUDICE with each party to bear its own attorneys' fees and costs.  Plaintiff requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: November 18, 2019                    Respectfully submitted,

*/s/ Howard L. Wernow*
**Howard L. Wernow**
Sand, Sebolt & Wernow Co., LPA
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel conferred with counsel for Defendant and counsel for Defendant does not oppose this motion.

*/s/ Howard L. Wernow*
**Howard L. Wernow**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 18, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Howard L. Wernow*
**Howard L. Wernow**